STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
ROXANA M. CREMENE, ESQ., SBN 307186
*rmc@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Defendant
Organic Pastures Dairy Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY SOLUTIONS INTERNATIONAL, LIMITED, a New Zealand corporation licensed to conduct business in Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC dba ORGANIC PASTURES DAIRY, a California limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-00439-LJO-SKO<br>Hon. Sheila K. Oberto, U.S. Magistrate Judge<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>(Docs. 6 & 7) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Dairy Solutions International, Limited and Defendant Organic Pastures Dairy Company, LLC dba Organic Pastures Dairy, by and through their respective counsel of record, that:

**WHEREAS**, this action was commenced on or about March 30, 2018. (Dkt. 1; Dkt. 3.)

**WHEREAS**, Defendant was served on May 8, 2018. (Dkt. 4.)

**WHEREAS**, Defendant believed it had thirty (30) days, until June 7, 2018, to file a responsive pleading, and it contacted counsel on May 25, 2018.

**WHEREAS**, due to the intervening Memorial Day Holiday, Defendant was only able to formally retain counsel on June 1, 2018.

**WHEREAS**, the time to file a responsive pleading expired twenty-one (21) days after

service, on May 29, 2018.

**WHEREAS**, whereas entry of default was requested by Plaintiff two (2) days after the deadline to respond had passed, on May 31, 2018.

**WHEREAS**, the clerk of the court entered default against Defendant on June 1, 2018.

**WHEREAS**, counsel for Defendant, Stephanie M. Rocha, contacted counsel for Plaintiff, Darryl Horowitt, on June 1, 2018. During this conversation, Ms. Rocha apprised Mr. Horowitt that she had been contacted by Defendant the week prior, but had not yet been formally retained by Defendant as of the time of the telephone call, and that she would like to discuss the matter and a responsive pleading. Mr. Horowitt responded to Ms. Rocha that default had already been entered. Ms. Rocha initiated the meet and confer process with Mr. Horowitt to obtain a stipulation to set aside the default. Mr. Horowitt requested that Ms. Rocha provide a proposed stipulation and justification for Defendant's failure to timely file a response.

**WHEREAS**, Defendant by counsel then prepared this stipulation and proposed order, and forwarded it to counsel for Plaintiff on June 12, 2018. The parties then negotiated the stipulation and proposed order, and submitted it promptly thereafter.

**WHEREAS**, Defendant contends that good cause exists to lift the default because Defendant's delay in responding was not culpable, and its negligent failure to respond is excusable as it was based on mistake, and delay was caused by the intervening holiday.

**WHEREAS**, Defendant contends that meritorious defenses exist to the allegations against them, including but not limited to lack of mutual assent. Defendants anticipate further meritorious defenses will be identified after counsel becomes more familiar with the facts and circumstances giving rise to Plaintiff's claims.

**WHEREAS**, the parties agree there is no prejudice to Plaintiff in allowing this action to proceed to a decision on the merits.

## **STIPULATION**

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiff and Defendant, by and through their respective counsel of record, pursuant to Civil L.R. 7-12, that:

1. Good cause exists for the default of Defendant Organic Pastures Dairy Company,

1 | LLC dba Organic Pastures Dairy ("Organic Pastures") entered on June 1, 2018 to be set aside.

2. The parties ask that the Court set aside the default entered on June 1, 2018.

3. If the Court enters the Proposed Order submitted with this Stipulation, Defendant Organic Pastures shall file its answer to Plaintiff Dairy Solutions International, Limited's complaint within fourteen (14) days of the Court's order; and

4. If the Court does not enter the Proposed Order submitted with this Stipulation, Defendant Organic Pastures agrees to file a motion to set aside the default within fourteen (14) days of the Court's order.

**IT IS SO STIPULATED.**

Dated: June 15, 2018              MILLER, MORTON, CAILLAT & NEVIS, LLP

By: /S/ Stephanie M. Rocha
    STEPHANIE M. ROCHA
    ROXANA M. CREMENE
    Attorneys for Defendant
    Organic Pastures Dairy Company, LLC

Dated: June 15, 2018              COLEMAN & HOROWITT, LLP

By: /S/ Darryl J. Horowitt
    DARRYL J. HOROWITT
    CRAIG A. TRISTAO
    Attorneys for Plaintiff
    Dairy Solutions International, Limited

I, Stephanie M. Rocha, hereby attest that I have obtained concurrence in the filing of this document from each of the other signatories whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

**ORDER**

The Court, having reviewed the parties' "Stipulation to Set Aside Default" (Doc. 7), hereby orders as follows:

1. Good cause exists for the default of Defendant Organic Pastures Dairy Company, LLC to be set aside.

2. The default of Defendant Organic Pastures Dairy Company, LLC entered on June 1, 2018 (Doc. 6) is hereby SET ASIDE, and VACATED.

3. Defendant Organic Pastures Dairy Company, LLC shall answer Plaintiff Dairy Solutions International, Limited's complaint within fourteen (14) days of the entry of this Order.

IT IS SO ORDERED.

Dated: **June 18, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE