STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
ROXANA M. CREMENE, ESQ., SBN 307186
*rmc@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Defendant
Organic Pastures Dairy Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY SOLUTIONS INTERNATIONAL, LIMITED, a New Zealand corporation licensed to conduct business in Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC dba ORGANIC PASTURES DAIRY, a California limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-00439-LJO-SKO<br>Hon. Sheila K. Oberto, U.S. Magistrate Judge<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Dairy Solutions International, Limited and Defendant Organic Pastures Dairy Company, LLC dba Organic Pastures Dairy, by and through their respective counsel of record, that:

**WHEREAS**, this action was commenced on or about March 30, 2018. (Doc. 1; Doc. 3).

**WHEREAS**, on March 30, 2018, the Court entered an order setting a Mandatory Scheduling Conference for July 12, 2018 at 9:30 A.M. (Doc. 2).

**WHEREAS**, the clerk of the Court entered default against Defendant on June 1, 2018. (Doc. 6).

**WHEREAS**, on June 15, 2018, the Parties stipulated to have the entry of default set aside. (Doc. 7).

1    **WHEREAS**, on June 19, 2018, the Court entered an order setting aside and vacating the
2    default entered against Defendant. (Doc. 8).

3    **WHEREAS**, Defendant's answer to Plaintiff's complaint is due July 3, 2018, and
4    Defendant is still investigating the facts and circumstances giving rise to Plaintiff's claims.

5    **WHEREAS**, the Parties are unable to conduct and conclude a conference for the purposes
6    of the Joint Scheduling Report, at least twenty (20) days prior to the Mandatory Scheduling
7    Conference.

8    **WHEREAS**, there have been no other modifications of time in this matter.

9    **WHEREAS**, between June 19 and June 22, 2018, counsel for the Parties met and conferred
10   concerning a continuance of the Mandatory Scheduling Conference, and agreed to the following
11   stipulation.

## **STIPULATION**

Plaintiff and Defendant, by and through their respective counsel of record, pursuant to L.R. 143, therefore stipulate and agree, and, pursuant to L.R. 144, hereby request that:

(1) The Mandatory Scheduling Conference, currently scheduled for July 12, 2018 at 9:30 A.M., be continued to **August 23, 2018** at **9:45 A.M**.

**IT IS SO STIPULATED.**

Dated:  June 22, 2018          MILLER, MORTON, CAILLAT & NEVIS, LLP

By:  /s/Stephanie M. Rocha
   STEPHANIE M. ROCHA
   ROXANA M. CREMENE
   Attorneys for Defendant
   Organic Pastures Dairy Company, LLC

Dated:  June 22, 2018          COLEMAN & HOROWITT, LLP

By:  /s/Craig A. Tristao
   DARRYL J. HOROWITT
   CRAIG A. TRISTAO
   Attorneys for Plaintiff
   Dairy Solutions International, Limited

**SIGNATURE ATTESTATION**

I, Stephanie M. Rocha, hereby attest that I have obtained concurrence in the filing of this document from each of the other signatories whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

Dated: June 22, 2018                    MILLER, MORTON, CAILLAT & NEVIS, LLP

                                        By: /s/Stephanie M. Rocha
                                            STEPHANIE M. ROCHA
                                            ROXANA M. CREMENE
                                            Attorneys for Defendant
                                            Organic Pastures Dairy Company, LLC

**ORDER**

The Court, having reviewed the parties' "Stipulation to Continue Scheduling Conference" (Doc. 14), and for good cause shown, hereby **ORDERS** that the Mandatory Scheduling Conference set for July 12, 2018 is **CONTINUED** to August 23, 2018 at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days before the Conference.

IT IS SO ORDERED.

Dated:  **June 26, 2018**                           /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE