1 STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
2 ROXANA M. CREMENE, ESQ., SBN 307186
*rmc@millermorton.com*
3 MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
4 San Jose, California 95113
Telephone: (408) 292-1765
5 Facsimile: (408) 436-8272

6 Attorneys for Defendant
Organic Pastures Dairy Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY SOLUTIONS INTERNATIONAL, LIMITED, a New Zealand corporation licensed to conduct business in Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC dba ORGANIC PASTURES DAIRY, a California limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-00439-SKO<br>Hon. Sheila K. Oberto, U.S. Magistrate Judge<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) REFERRAL**<br><br>(Doc. 16) |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Dairy Solutions International, Limited and Defendant Organic Pastures Dairy Company, LLC dba Organic Pastures Dairy (collectively the "Parties"), by and through their respective counsel of record, pursuant to Local Rule 271(i), that:

1. Pursuant to Local Rule 271(b)(4) and (c)(3), the above-entitled action be referred to the Voluntary Dispute Resolution Program ("VDRP").

2. The VDRP Administrator supply a list of three (3) potential Neutrals from which the Parties will choose one within fourteen (14) days following service of the list by the VDRP Administrator, pursuant to Local Rule 271(e)(3).

3. The VDRP process be completed by October 1, 2018.

4. The Neutral shall submit the Neutral's VDRP Completion Report to the VDRP Administrator (copying all parties) fourteen (14) days after the VDRP session has been concluded, but no later than October 15, 2018, pursuant to Local Rule 271(n)(1).

5. The Parties shall jointly file the Parties' Joint VDRP Completion Report fourteen (14) days after the VDRP session has been concluded, but no later than October 15, 2018, pursuant to Local Rule 271(o)(1).

6. No modifications or additions to the case management plan are necessary at this time because of the reference to the VDRP.

7. The Parties do not foresee any discovery or motions that need to be completed before the VDRP session is held, nor do the Parties require any discovery or motions be stayed until the VDRP session is concluded.

Dated: July 2, 2018      MILLER, MORTON, CAILLAT & NEVIS, LLP

By: */s/ Roxana M. Cremene*
STEPHANIE M. ROCHA
ROXANA M. CREMENE
Attorneys for Defendant
Organic Pastures Dairy Company, LLC

Dated: July 2, 2018      COLEMAN & HOROWITT, LLP

By: */s/ Craig A. Tristao*
DARRYL J. HOROWITT
CRAIG A. TRISTAO
Attorneys for Plaintiff
Dairy Solutions International, Limited

### **SIGNATURE ATTESTATION**

I, Roxana M. Cremene, hereby attest that I have obtained concurrence in the filing of this document from each of the other signatories whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

//

//

# **ORDER**

The Court, having reviewed the parties' Stipulation for Voluntary Dispute Resolution (VDRP) Referral (Doc. 16), hereby ORDERS as follows:

1. The VDRP Administrator shall supply a list of three (3) potential Neutrals from which the Parties will choose one within fourteen (14) days following service of the list by the VDRP Administrator, pursuant to Local Rule 271(e)(3).
2. The VDRP process shall be completed by October 1, 2018.
3. The Neutral shall submit the Neutral's VDRP Completion Report to the VDRP Administrator (copying all parties) fourteen (14) days after the VDRP session has been concluded, but no later than October 15, 2018, pursuant to Local Rule 271(n)(1).
4. The Parties shall jointly file the Parties' Joint VDRP Completion Report fourteen (14) days after the VDRP session has been concluded, but no later than October 15, 2018, pursuant to Local Rule 271(o)(1).

IT IS SO ORDERED.

Dated: __**July 3, 2018**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE