STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
2001 Gateway Place, Suite 220W
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Defendant
Organic Pastures Dairy Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY SOLUTIONS INTERNATIONAL, LIMITED, a New Zealand corporation licensed to conduct business in Oregon,<br><br>Plaintiff,<br><br>vs.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC dba ORGANIC PASTURES DAIRY, a California limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-00439-SKO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**<br><br>(**Doc. 24)** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Dairy Solutions International, Limited and Defendant Organic Pastures Dairy Company, LLC dba Organic Pastures Dairy (collectively the "Parties"), by and through their respective counsel of record, that:

1. On July 2, 2013, Plaintiff and Defendant stipulated to refer the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). Document 16.

2. The stipulation provided that the VDRP process was to be completed by October 1, 2018, and that the Neutral shall submit its VDRP Completion Report to the VDRP Administrator (copying all Parties) fourteen (14) days after the VDRP session has been concluded, but no later than October 15, 2018. Document 16.

3. The Court issued its Order on the Parties' stipulation on July 3, 2018, the order included that the VDRP process be completed by October 1, 2018 and that the Neutral submit its report by October 15, 2018. Document 18.

4. Following the issuance of the Court's Order the Parties agreed to use Mr. Timothy G. Scanlon as their Neutral pursuant to Local Rule 271(e)(3).

5. Following the selection of Mr. Scanlon as a Neutral the Parties met and conferred with Mr. Scanlon to select a date to meet pursuant to their VDRP requirements on Tuesday, September 18, 2018.

6. Unfortunately, the Parties were unable to meet pursuant to their VDRP requirements on Tuesday, September 18, 2018, as Plaintiff's representative, who resides in New Zealand and frequently travels as part of his job duties with Plaintiff, encountered unexpected changes in his flight itinerary and could not participate in the VDRP process via video-teleconference.

7. The Parties have since met and conferred and are discussing dates to complete their VDRP requirements and anticipate their schedules are such that VDRP shall be completed on or before November 16, 2018.

8. The Neutral shall submit the Neutral's VDRP Completion Report to the VDRP Administrator (copying all Parties) fourteen (14) days after the VDRP session has been concluded, but no later than November 30, 2018, pursuant to Local Rule 271(n)(1).

9. The Parties shall file their Joint VDRP Completion Report fourteen (14) days after the VDRP session has been concluded, but no later than November 30, 2018, pursuant to Local Rule 271(o)(1).

10. No modifications or additions to the case management plan are necessary at this time because of the reference to the VDRP.

///
///
///
///

11. The Parties do not foresee any discovery or motions that need to be completed before the VDRP session is held, nor do the Parties require any discovery or motions be stayed until the VDRP session is concluded.

Dated: September 27, 2018     MILLER, MORTON, CAILLAT & NEVIS, LLP

By: */s/ Stephanie M. Rocha*
STEPHANIE M. ROCHA
ROXANA M. CREMENE
Attorneys for Defendant
Organic Pastures Dairy Company, LLC

Dated: September 27, 2018     COLEMAN & HOROWITT, LLP

By: */s/ Craig A. Tristao*
DARRYL J. HOROWITT
CRAIG A. TRISTAO
Attorneys for Plaintiff
Dairy Solutions International, Limited

## **ORDER**

The Court, having reviewed the parties' above Stipulation to Extend the Deadline to Complete VDRP (Doc. 24), and good cause appearing, hereby ORDERS as follows:

1. The deadline for the parties to complete the VDRP process, currently set for October 1, 2018, shall be extended to November 16, 2018, pursuant the parties' above stipulation.
2. The parties shall jointly file a Joint VDRP Completion Report fourteen (14) days after the VDRP session has been concluded, but no later than November 30, 2018, pursuant to Local Rule 271(o)(1).
3. All other dates in the Scheduling Order (Doc. 22), shall remain unchanged.

IT IS SO ORDERED.

Dated: **September 30, 2018**     */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE     CASE NO. 1:18-cv-00439-SKO